IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WAYNE CAPLE, | ] |
| Plaintiff, | ] |
| vs. | ] CIVIL ACTION NO. 99-B-1637-S |
| WARDEN BILLY MITCHEM, CAPTAIN WALTER MYERS, SERGEANT JOHN ARTHUR, and OFFICER SHARON McSWAIN, | ] |
| Defendants. | ] |

**MEMORANDUM OF OPINION**

On August 18, 1999, the magistrate judge entered a Report and Recommendation, recommending that this action be dismissed pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief can be granted. The plaintiff filed objections to the Report and Recommendation, in which he made certain new factual statements. Because it appeared, in light of the new statements, that the plaintiff might be able to state a claim, and in order to give the plaintiff full opportunity to do so, the magistrate judge withdrew the Report and Recommendation on September 15, 1999, and ordered the plaintiff to file an amended complaint, "present[ing] as *allegations* the statements in his objections of the commonplace violence in the institution, such as the practice of inmates entering cells, shutting the cell doors, which automatically lock, and committing various kinds of assault on other inmates who cannot escape because of the locked cell doors." Caple was also

ordered to indicate "all that the defendants knew or should have known, *and how or why they knew or should have known it.*" The plaintiff was given until October 4, 1999, in which to file his amended complaint. The plaintiff was informed that the failure to amend as ordered could result in the dismissal of the action. The plaintiff has failed to file an amended complaint. Because of this failure, the magistrate judge's Report and Recommendation is hereby ORDERED reinstated.

The court has now considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and the objections of the plaintiff, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this case is due to be dismissed for failing to state a claim upon which relief can be granted. An appropriate order will be entered.

DONE this 28th day of March, 2000.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE